SELMAN BREITMAN LLP
Alan B. Yuter, Esq. (SBN 101534)
ayuter@selmanlaw.com
Rachel E. Hobbs, Esq. (SBN 186424)
rhobbs@selmanlaw.com
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6546
Tel.: (310) 445-0800 - Fax: (310) 473-2525

*Counsel for Plaintiff/Counter-Defendant ,*
FLORISTS' MUTUAL INSURANCE COMPANY and
SENTRY INSURANCE A MUTUAL COMPANY (also erroneously sued as SENTRY INSURANCE GROUP)


WILLOUGHBY, STUART, BENING & COOK
Randall E. Willoughby, Esq. (SBN 043177)
randy@wsbclawyers.com
Alexander F. Stuart, Esq. (SBN 096141)
alex@wsbclawyers.com
50 W. San Fernando Street, Suite 400
San Jose, CA 95113
Tel.: (408) 289-1972 -Fax: (408) 295-6375

*Counsel for Defendant/Counterclaimant,*
FLORICULTURA PACIFIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO

| | |
|---|---|
| FLORISTS' MUTUAL INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>     v.<br><br>FLORICULTURA PACIFIC, INC.,<br><br>              Defendant. | Case No.    Case No. 3:19-CV-05793 - WHO<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |
| FLORICULTURA PACIFIC, INC.<br><br>              Counter-Claimant<br><br>     v.<br><br>SENTRY INSURANCE COMPANY, a Mutual Company; SENTRY INSURANCE GROUP; and FLORISTS' MUTUAL INSURANCE COMPANY,<br><br>              Counter-Defendants. | Judge:    William H. Orrick<br><br>Comp. Filed:  09/16/2019<br>CC Filed       11/25/2019<br>FACC Filed:   01/23/2020<br>SACC Filed:   04/21/2020 |

The parties to this action, acting though counsel, and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney' fees and costs.

DATED:  July 27, 2020                                SELMAN BREITMAN LLP

By: /s/ *Rachel E. Hobbs*
ALAN B. YUTER
RACHEL E. HOBBS
Attorneys for Plaintiff/ Counter-defendants
FLORISTS' MUTUAL INSURANCE COMPANY and SENTRY INSURANCE A MUTUAL COMPANY (also erroneously sued as SENTRY INSURANCE GROUP)

DATED:  July 27, 2020                                WILLOUGHBY STUART BENING & COOK

By: /s/ *Randall E. Willoughby*
RANDALL E. WILLOUGHBY
ALEXANDER F. STUART
Attorneys for Defendant
FLORICULTURA PACIFIC, INC.

## ORDER

The parties' stipulation to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney' fees and costs, is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED:  _July 28, 2020_____        _____
HON. WILLIAM H. ORRICK
JUDGE OF THE UNITED STATES
DISTRICT COURT